

**ORDERED in the Southern District of Florida on August 19, 2013.**

_____
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re | |
| JIANGBO PHARMACEUTICALS, INC. F/K/A GENESIS PHARMACEUTICALS ENTERPRISES, INC. | CASE NO. 13-15624-BKC-RBR CHAPTER 7 |
|     Debtor. _____/ | |
| WILLIAM LINDQUIST and DEREK J. BRUCE, derivatively and on behalf of Jiangbo Pharmaceuticals, Inc., | ADV. NO. 13-01503-BKC-RBR-A |
|     Plaintiffs, | |
| v. | |
| CAO WUBO, FENG XIAOWEI, HUANG LEI, GE JIAN, GEORGE (GUOQING) ZHOU, JIN LINXIAN, ELSA SUNG, ZILING SUN, MICHAEL MARKS, JOHN (YANG) WANG, FRAZER FROST, LLP, and JIANGBO PHARMACEUTICALS, INC., | |
|     Defendants. _____/ | |

**AGREED ORDER ON SONYA L. SALKIN, CHAPTER 7 TRUSTEE'S MOTION TO: (I) INTERVENE AS PLAINTIFF IN THIS SHAREHOLDER DERIVATIVE ACTION; (II) ABATE CASE TO COMPLETE ONGOING INVESTIGATION; AND (III) ENFORCE THE AUTOMATIC STAY WITH RESPECT TO ALL DEFENDANTS [ECF NO. 12]**

THIS MATTER came before the Court for hearing on August 13, 2013, at 9:30 a.m., upon Sonya L. Salkin, Chapter 7 Trustee's (the "Trustee") Motion to: (i) Intervene as Plaintiff in this Shareholder Derivative Action; (ii) Abate Case to Complete Ongoing Investigation; and (iii) Enforce the Automatic Stay with Respect to All Defendants [ECF No. 12] (the "Motion"). The Court, having reviewed and considered the Motion and Elsa Sung's ("Sung") Response in Opposition to the Motion [ECF No. 19] (the "Response"), noting the agreement of the Trustee, Sung, and Frazer Frost, LLP ("FFLLP"), and being otherwise duly advised in the premises,

ORDERS as follows:

1.  The Motion is Granted as set forth herein.

2.  Pursuant to Rule 24(a) and (b) of the Federal Rules of Civil Procedure, made applicable to this Adversary Proceeding pursuant to Rule 7024 of the Federal Rules of Bankruptcy Procedure, the Trustee is hereby authorized to intervene and is hereafter substituted as the sole Plaintiff with respect to all counts, prayers for relief, and supporting allegations set forth in the Complaint (as defined in the Motion), which was filed and previously pending in the United States District Court for the Southern District of Florida, Case No. 1:11-cv-23876-MGC, and was removed to this Court initiating this Adversary Proceeding [ECF No. 1], as if all such counts, prayers for relief, and allegations were alleged and/or requested directly, as applicable, by the Trustee, to effectuate a 180 day abatement to complete the Trustee's ongoing investigation and Rule 2004 discovery.

3.  This Adversary Proceeding is hereby Abated for 180 days so that the Trustee may complete her ongoing investigation and Rule 2004 discovery; provided, however, that the

Trustee may, at her option, file a motion with the Bankruptcy Court to modify or terminate the 180 day abatement.

4. To the extent the Trustee continues to pursue and/or prosecute the claims as set forth in the Complaint (as defined in the Motion) [ECF No. 1, Exhibit A], the Trustee is excused from filing a separate, duplicative pleading as set forth in Rule 24(c) of the Federal Rules of Civil Procedure, and instead shall be deemed to be included in this Adversary Proceeding as the sole Plaintiff.

5. The caption of this Adversary Proceeding shall be and is hereby modified to reflect Sonya L. Salkin, in her capacity as Chapter 7 Trustee of the Estate of Jiangbo Pharmaceuticals, Inc. f/k/a Genesis Pharmaceuticals Enterprises, Inc., as the sole Plaintiff in this Adversary Proceeding.

6. Because the derivative claims asserted in this Adversary Proceeding are property of the bankruptcy estate pursuant to 11 U.S.C. § 541, which the Trustee has the exclusive right to pursue, pursuant to 11 U.S.C. § 362, the automatic stay shall be and is hereby Enforced with respect to the claims asserted in this Adversary Proceeding against the Defendants, except in respect of the Trustee pursuing and/or prosecuting and the Defendants defending such claims in this action or by further Order of this Court.

7. The Trustee shall file a copy of this Order with the United States District Court

for the Southern District of Florida in Case No. 1:11-cv-23876-MGC.

###

**Submitted by:**

Marilee A. Mark, Esq.
GENOVESE JOBLOVE & BATTISTA, P.A.
*Special Litigation Counsel for the Trustee*
100 Southeast Second Street, 44th Floor
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: mmark@gjb-law.com

**Copy to:**

Marilee A. Mark, Esq.
[Attorney Mark is directed to serve a copy of this Order on all interested parties and to file a certificate of service reflecting same].